## JAMES ALEXANDER MAYES *v.* STATE OF MARYLAND

[No. 41, September Term, 1982.]

*Dismissed: July 13, 1982.*

Joint motion of dismissal filed by counsel and appeal and writ of certiorari dismissed.